ORIGINAL

Jimmie L. Williams, State Bar No. 144691
Jack W. Schwartz, Jr., State Bar No. 124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Plaintiff
ILLUMINATION DYNAMICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., and BILL ZHANG, an individual<br><br>Defendants. | Case No. CV-14-78 JCS<br><br>**WRIT OF ATTACHMENT** |

1.      TO THE U.S. MARSHALL, SHERIFF OR ANY CONSTABLE OF THE COUNTY OF EAU CLAIRE COUNTY, WISCONSIN:

2.      TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with California Code of Civil Procedure, Section 488.080.

3.      This writ is to attach property of DEFENDANTS PACIFIC LIGHTING SOLUTIONS, L.L.C., 13353 Bel Red Road, Bellevue, WA 98005 AND BILL ZHANG. and the attachment is to secure $228,457.16.

4.      Name and Address of the Plaintiff:

Illumination Dynamics Co., Ltd., 18F, No. 67, Lane 270, Sec. 3, Dadu Rd, Beitou Dist., Taipei City, Taiwan, Republic of China

c/o Burnham Brown, 1901 Harrison Street, 14th Floor, Oakland, CA 94612

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment:

Any and all monies from Menards, Inc. which represent its' payment for Purchase Orders DIST25260631, DIST25154425, DIST25152701, DIST25194736, DIST25243673, DIST25266060, and PO#DIST25459386.

~~6. YOU ARE FURTHER DIRECTED TO~~ _/s/_ _____

_____
_____
_____

DATE: 1-24-14         RICHARD W. WIEKING
                      By _/s/ D. Merry_
                      Clerk of the Court
                      **DOUG MERRY**

4851-7336-5784, v. 1

WRIT OF ATTACHMENT                                    2                              CV-14-78 JCS