Scott L. Baker, SBN 128032
Yuval M. Rogson, SBN 235291
**BAKER & ASSOCIATES**
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
Telephone: (310) 553-2253
Facsimile: (310) 553-2254

Counsel for Defendant Pacific Lighting Solutions L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>Defendants. | CASE NO.: 3:14-CV-00078-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PACIFIC LIGHTING SOLUTIONS L.L.C. TO RESPOND TO INITIAL COMPLAINT**<br><br>**[LOCAL RULE 6-1(a)]**<br><br>Complaint Served:       January 10, 2014<br>Current Response Date: January 31, 2014<br>New Response Date:    February 18, 2014<br><br>Hon. Magistrate Judge Joseph C. Spero |

**STIPULATION**

Plaintiff Illumination Dynamics Co., LTD. ("IDC") and Defendant Pacific Lighting Solutions L.L.C. ("PLS"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS,** Plaintiffs filed their Complaint in the above-captioned action on January 6, 2014;

**WHEREAS,** PLS was served with the Complaint on January 10, 2014;

**WHEREAS,** PLS' responsive pleading is currently due January 31, 2014;

1      **WHEREAS,** the parties have not previously agreed to any extension of time on
2  PLS's deadline to respond to the Complaint; and
3      **WHEREAS,** the parties have agreed to extend the time within which PLS has
4  to respond to the Complaint by two weeks to February 18, 2014 pursuant to Local
5  Rule 6-1(a).

7      **IT IS HEREBY STIPULATED THAT:**
8      PLS shall have until February 18, 2014 to respond to the Complaint.

10 Dated: January 31, 2014            **BAKER & ASSOCIATES**

12                                 By:   /s/_____
                                          Scott L. Baker
13                                           Attorneys for Defendant
14                                           Pacific Lighting Solutions L.L.C.

16 Dated: January 31, 2014            **BURNHAM BROWN**

18                                 By:   /s/_____
                                          Jimmie L. Williams
19                                           Attorneys for Plaintiff
                                          Illumination Dynamics Co., LTD.

22 DAted: February 3, 2014

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]*

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I caused the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT PACIFIC LIGHTING SOLUTIONS L.L.C. TO RESPOND TO INITIAL COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jimmie L. Williams
Jack W. Schwartz, Jr.
BURNHAM BROWN
1901 Harrison Street, 14th Floor
Oakland, California 94612
*Attorneys for Plaintiff*
*Illumination Dynamics Co., LTD.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
Vasko C. Alexander

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))