1  Scott L. Baker, SBN 128032
   Yuval M. Rogson, SBN 235291
2  **BAKER & ASSOCIATES**
   1875 Century Park East, Suite 1490
3  Los Angeles, CA 90067
   Telephone: (310) 553-2253
4  Facsimile: (310) 553-2254

5  Counsel for Defendant Pacific Lighting Solutions L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>Defendants. | CASE NO.: 3:14-CV-00078-JCS<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT PACIFIC LIGHTING SOLUTIONS L.L.C. TO RESPOND TO INITIAL COMPLAINT<br><br>[LOCAL RULE 6-1(a)]<br><br>Complaint Served:      January 10, 2014<br>Current Response Date: February 18, 2014<br>New Response Date:    February 25, 2014 |

GOOD CAUSE BEING SHOWN, it is hereby ordered that:

Defendant Pacific Lighting Solutions L.L.C. shall have until February 25, 2014 to respond to the Complaint.

Dated: 3/3/2014        By: /s/ Saundra B. Armstrong
                           District Court Judge