Scott L. Baker, SBN 128032
Yuval M. Rogson, SBN 235291
**BAKER & ASSOCIATES**
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
Telephone: (310) 553-2253
Facsimile: (310) 553-2254

Counsel for Defendant Pacific Lighting Solutions L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>Defendants. | CASE NO.:  3:14-CV-00078-SBA<br><br>Assigned to the Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING STIPULATION RE:  FILING OF FIRST AMENDED COMPLAINT

# ORDER

Upon reviewing the Parties' Stipulation Re: Filing Of First Amended Complaint, the Court hereby orders that:

1) Pacific Lighting Solution, LLC's Motion to Dismiss, currently scheduled to be heard by the Court on April 22, 2014, is taken off-calendar.

2) IDC shall file its First Amended Complaint no later than April 14, 2014.

3) PLS shall have 21 days from the filing of the First Amended Complaint to file its response thereto.

Dated: 3/18/2014         By: _____
                              The Honorable Saundra Brown Armstrong,
                              United States District Court Judge

---

1
[PROPOSED] ORDER GRANTING STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT