UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIGHTING SOLUTIONS, L.L.C., and BILL ZHANG, an individual,<br><br>Defendants. | Case No:  C 14-00078 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 31 |

Pursuant to Civil Local Rule 72-1 and 28 U.S.C. § 636(b)(1)(A),

IT IS HEREBY ORDERED THAT Plaintiffs' Ex Parte Application for Issuance of Additional Writ of Attachment (Dkt. 31) REFERRED to the Magistrate Judge Joseph Spero for determination.  The March 25, 2014, hearing is VACATED.

IT IS SO ORDERED.

Dated:  3/25/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge