UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>   Plaintiff,<br><br>   vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>   Defendant. | Case No: C 14-0078 SBA<br><br>**ORDER STRIKING NON-COMPLIANT MOTION** |

   Defendant Pacific Lighting Solutions L.L.C. has filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, pursuant to Civil Local Rule 72-2.  Dkt. 47. Local Rule 72-2 provides that such a motion "may not exceed 5 pages (not counting declarations and exhibits), and must set forth specifically the portions of the Magistrate Judges findings, recommendation or report to which an objection is made . . . ." Defendant's motion exceeds the aforementioned page limit and does not *specifically* identify the portions of the ruling to which it objects.  In addition, Defendant erroneously filed its motion as an "Objection" in ECF.  The Court need not consider any motion that is not filed in compliance with the Local Rules.  Tri-Valley CARES v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."); Smith v. Frank, 923 F.2d 139, 142 (9th Cir. 1991) ("For violations of the local rules, sanctions may be imposed including, in appropriate cases, striking the offending pleading.").  Accordingly,

   IT IS HEREBY ORDERED THAT Defendant's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 47) and its supporting documents are

1  STRICKEN from the record without prejudice to refiling, in conformance with the Local
2  Rules, within one (1) day of the date this Order is filed.
3      IT IS SO ORDERED.
4  Dated:  April 14, 2014
                                                          _____
5                                                         SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge