UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>    Defendant. | Case No:  C 14-0078 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

   Plaintiff shall file its opposition to Defendant Pacific Lighting Solutions L.L.C.'s renewed Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 50) by April 22, 2014.  Defendant shall file its reply by April 25, 2014.  The Opposition shall not exceed five (5) pages and the reply shall not exceed three (3) pages.  The matter will be taken under submission without oral argument unless otherwise ordered by the Court.  See Civ. L.R. 7-1(b).

   IT IS SO ORDERED.

Dated: April 15, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge