Scott L. Baker, SBN 128032
Yuval M. Rogson, SBN 235291
**BAKER & ASSOCIATES**
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
Telephone: (310) 553-2253
Facsimile: (310) 553-2254

Counsel for Defendant Pacific Lighting Solutions L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>　　　　　Defendants. | CASE NO.: 4:14-CV-00078-SBA<br><br>Assigned to the Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING STIPULATION RE: CONTINUANCE OF MEDIATION DEADLINE** |

[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF MEDIATION DEADLINE

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing therefore, it is hereby ORDERED that the parties' ADR mediation deadline shall be extended until October 17, 2014.

Dated: 7/30/2014

By: _/s/ Saundra B. Armstrong_
The Honorable Saundra Brown Armstrong,
United States District Court Judge