Jimmie L. Williams, Jr., State Bar No. 144691
jwilliams@burnhambrown.com
Jack W. Schwartz, Jr., State Bar No. 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California  94604-0119
---
1901 Harrison Street, 14th Floor
Oakland, California  94612-3501
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Plaintiff
Illumination Dynamics Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Illumination Dynamics Co., Ltd., a foreign company,<br><br>           Plaintiff,<br><br>v.<br><br>Pacific Lighting Solutions, L.L.C., and Bill Zhang, an individual,<br><br>           Defendants. | No. CV 14-00078 SBA<br><br>**ORDER GRANTING STIPULATION FOR FILING A SECOND AMENDED COMPLAINT**<br><br>**Complaint Filed:  01/06/2014**<br>**First Am. Comp:  03/19/2014**<br><br>**Trial Date:  07/13/2015** |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing therefore, it is hereby ORDERED that the Plaintiff be granted the right to file the proposed Second Amended Complaint.

Dated:  7/30/2014       By:  _/s/ Saundra B. Armstrong_
                              The Honorable Saundra Brown Armstrong,
                              United States District Court Judge

4814-5134-8252, v. 1

1

[PROPOSED] ORDER GRANTING STIPULATION FOR FILING A SECOND AMENDED COMPLAINT                    NO. CV 14-00078 SBA