1  TOMASSIAN, THROCKMORTON & INOUYE
   Serge Tomassian, SBN 116361
2  stomassian@ttilaw.com
   Vasko Alexander, SBN 277265
3  valexander@ttilaw.com
   2 Corporate Park, Suite 210
4  Irvine, California 92606
   Telephone: (949) 955-2280
5  Facsimile:   (949) 476-8081

6  Attorneys for Defendant
   Pacific Lighting Solutions L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>        Defendants. | CASE NO. 3:14-CV-00078-SBA<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PACIFIC LIGHTING SOLUTIONS L.L.C.; [~~PROPOSED~~] ORDER**<br><br>[Civil L.R. 11-5] |

     PLEASE TAKE NOTICE that Defendant Pacific Lighting Solutions L.L.C. has retained Tomassian, Throckmorton & Inouye to substitute as counsel for Baker & Associates in the above-captioned matter.

     Withdrawing counsel for Defendant Pacific Lighting Solutions L.L.C. are:
        Scott L. Baker
        Baker & Associates
        1875 Century Park East, Suite 1490
        Los Angeles, CA 90067
        Phone: (310) 553-2253
        Fax: (310) 553-2254
        Email: slb@bakerslaw.com

>Yuval M. Rogson
>Baker & Associates
>1875 Century Park East, Suite 1490
>Los Angeles, CA 90067
>Phone: (310) 553-2253
>Fax: (310) 553-2254
>Email: ymr@bakerslaw.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant Pacific Lighting Solutions L.L.C.:

>Serge Tomassian
>Tomassian, Throckmorton & Inouye
>2 Corporate Park, Suite 210
>Irvine, CA 92606
>Phone: (949) 955-2280
>Email: stomassian@ttilaw.com
>
>Vasko C. Alexander
>Tomassian, Throckmorton & Inouye
>2 Corporate Park, Suite 210
>Irvine, CA 92606
>Phone: (949) 955-2280
>Email: valexander@ttilaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: August 8, 2014                    PACIFIC LIGHTING SOLUTIONS L.L.C.

                                         By: /s/_____
                                             BILL ZHANG, Principal

DATED: August 8, 2014                    BAKER & ASSOCIATES

                                         By: /s/_____
                                             SCOTT L. BAKER

DATED: August 8, 2014          TOMASSIAN, THROCKMORTON & INOUYE

                               By: /s/_____
                                   SERGE TOMASSIAN

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: August 8, 2014          TOMASSIAN, THROCKMORTON & INOUYE

                               By: /s/_____
                                   SERGE TOMASSIAN

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: 8/8/2014                _____
                               JUDGE OF THE UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I caused:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PACIFIC LIGHTING SOLUTIONS L.L.C.; [PROPOSED] ORDER**

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Scott L. Baker
BAKER & ASSOCIATES
1875 Century Park East, Suite 1490
Los Angeles, California 90067
*Attorneys for Defendant*
*Pacific Lighting Solutions L.L.C.*

Jimmie L. Williams
Jack W. Schwartz, Jr.
BURNHAM BROWN
1901 Harrison Street, 14th Floor
Oakland, California 94612
*Attorneys for Plaintiff*
*Illumination Dynamics Co., LTD.*

I certify that all parties that have appeared in this case are represented by counsel who are CM/ECF participants.

/s/_____
Brenda Scheuer