UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., and BILL ZHANG, an individual,<br><br>Defendants. | Case No:  C 14-0078 SBA<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR ISSUANCE OF FURTHER INSTRUCTIONS RE: ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

This is a breach of contract action brought by Plaintiff Illumination Dynamics ("Plaintiff") against Defendants Pacific Lighting Solutions L.L.C. ("PLS") and Bill Zhang ("Zhang"). Prior to the action's reassignment to this Court, the Magistrate Judge presiding over the action granted Plaintiff's request for a Writ of Attachment which was served on PLS and third party Menard, Inc. ("Menard"). Dkt. 14, 35. Pursuant to the writ, Menard deposited the sum of $183,504.60 with the Court. Dkt. 78. On August 18, 2014, the Court granted PLS' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge and vacated the Writ. Dkt. 69. That order, however, did not address the disposition of the funds deposited with the Court by Menard.

On December 16, 2014, PLS filed an Ex Parte Application for Issuance of Further Instructions Re: Order Granting Defendant's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Dkt. 80. Specifically, PLS requests that the Court direct the Clerk to release and return the sum of $183,504.60 to Menard. However, Menard is not a party to this action and has made no request regarding the disposition of the funds it previously deposited with this Court. In addition, PLS has made no showing that it has the authority to submit any requests to this Court ostensibly on Menard's behalf. Accordingly,

1  IT IS HEREBY ORDERED THAT PLS' Ex Parte Application for Issuance of Further Instructions Re: Order Granting Defendant's Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge is DENIED.

IT IS SO ORDERED.

Dated: 1/30/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge