1
2
3
4          UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                OAKLAND DIVISION
7

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., and BILL ZHANG, an invidual,<br><br>Defendants. | Case No:  C 14-0078 SBA<br><br>**AMENDED ORDER RE STIPULATION TO MODIFY PRETRIAL SCHEDULE**<br><br>Docket 79 |

Good cause appearing, the parties' stipulated request to modify the Court's pretrial schedule is GRANTED.  The Order for Pretrial Preparation, filed May 8, 2014, Dkt. 60, is modified as follows:

　　　1.　　The deadline for completing fact discovery is extended to **March 31, 2015**.

　　　2.　　The deadline for expert disclosures is extended to **March 31, 2015**.

　　　3.　　The deadline for rebuttal expert disclosures is extended to **April 21, 2015**.

　　　4.　　The deadline for completing mediation is extended to **April 21, 2015**.

　　　5.　　The deadline for completing expert discovery is extended to **May 18, 2015**.

　　　6.　　The law and motion cut-off is extended to **June 17, 2015**.

　　　7.　　The final mandatory settlement conference shall take place between **June 23, 2015 and August 7, 2015**.

　　　8.　　The pretrial conference is continued from June 23, 2015, to **September 23, 2015 at 1:00 p.m.**  Pretrial documents shall be filed 42 days prior to the pretrial conference; motions in limine and objections to evidence shall be filed 35 days prior to the pretrial

conference; oppositions thereto shall be filed 21 days prior to the pretrial conference; and replies shall be filed 14 days prior to the pretrial conference.

9. The trial date is continued from July 13, 2015 to **October 19, 2015 at 8:30 a.m.**

10. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

11. This Order terminates Docket 79.

IT IS SO ORDERED.

Dated:  3/6/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge