United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    ILLUMINATION DYNAMICS CO., LTD.,            Case No.  14-cv-00078-SBA   (EDL)

          Plaintiff,

8
                                                 **ORDER REMOVING IMPROPERLY
9         v.                                     FILED DOCUMENT**

10   PACIFIC LIGHTING SOLUTIONS L.L.C.,
     et al.,

11        Defendants.

12

13        TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

14         Defendant's Settlement Conference Statement, Docket No. 98, was erroneously filed on

15   the Court's electronic case filing system instead of being lodged with Magistrate Judge Laporte's

16   chambers as required by the Settlement Conference Order.  See Dkt. No. 88.  Docket No. 98 shall

17   be immediately removed from the Court's docket.

18        **IT IS SO ORDERED.**

19   Dated:  July 21, 2015

20   _____
     ELIZABETH D. LAPORTE
21   United States Magistrate Judge

22

23

24

25

26

27

28