UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., et al.,<br><br>Defendants. | Case No. 14-cv-00078-SBA   (EDL)<br><br>**ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 99, , 100 |

The Court grants Defendant's request to continue the settlement conference scheduled for July 23, 2015 to August 7, 2015, but does so solely on the ground that Defendant's attorney states that he is ill with the flu. Were that not the case, this inappropriate last minute request would not be granted. Defendant's other reasons for the continuance are without merit. Defendant has known since March 30, 2015 of his obligation to attend this settlement conference and has had more than sufficient time to arrange transportation to San Francisco. The suggestion that Defendant's possible occasional failure to receive e-mail communications justifies a continuance is unconvincing. For one thing, there are means of communicating with Defendant other than e-mail. Nor is the personnel change at defendant's counsel's firm a ground for continuing this settlement conference. Therefore, Defendant's disobedience of the Court's order in failing to attend the mandatory settlement conference long scheduled for tomorrow is sanctionable. Although the Court will grant this continuance request, it will grant no further continuances. The Court orders Defendant to be present at the August 7, 2015, settlement conference and counsel shall be prepared to proceed at that time. Defendant's failure to attend the rescheduled August 7, 2015 settlement conference will result in sanctions.

**IT IS SO ORDERED.**

Dated: July 22, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge