UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., and BILL ZHANG, an invidual,<br><br>　　　　Defendants. | Case No:  C 14-0078 SBA<br><br>**ORDER EXTENDING TIME TO FILE MOTION TO REOPEN** |

　　　Pursuant to the parties' joint request, the time-period within which to file a motion to reopen is extended up to and including November 27, 2015.

　　　IT IS SO ORDERED.

Dated:  11/6/15

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge