UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C., and BILL ZHANG, an invidual,<br><br>　　　　Defendants. | Case No: C 14-0078 SBA<br><br>**ORDER REFERRING ACTION FOR FURTHER SETTLEMENT CONFERENCE** |

　　　The parties previously reached a settlement at the Mandatory Settlement Conference conducted by Magistrate Judge Elizabeth Laporte. Dkt. 104. A dispute between the parties has since arisen regarding Defendants' performance with the terms of the settlement. As a result, Plaintiff has filed a motion to enforce the settlement agreement, or alternatively, to reopen the action and set a trial date. Dkt. 110.

　　　Before investing any further resources in litigating this matter, the parties shall endeavor to resolve their present dispute without the need for formal, judicial intervention. Accordingly,

　　　IT IS HEREBY ORDERED THAT the instant action is REFERRED to Magistrate Judge Elizabeth Laporte for a further settlement conference or such other settlement-related proceeding as she deems appropriate. Plaintiff's motion to enforce the settlement agreement shall be held in ABEYANCE pending further order of the Court. In the event the parties resolve their apparent disagreement regarding the settlement, Plaintiff shall file a withdrawal of their motion.

　　　IT IS SO ORDERED.

Dated: 12/2/15

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　Senior United States District Judge