UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIGHTING SOLUTIONS L.L.C. and BILL ZHANG, an individual,<br><br>Defendant. | Case No: C 14-0078 SBA<br><br>**ORDER GRANTING JOINT MOTION TO AMEND COURT'S ORDER OF DISMISSAL**<br><br>Dkt. 114 |

Good cause appearing,

IT IS HEREBY ORDERED THAT the parties' joint motion to amend the order of dismissal is GRANTED. The Order of Conditional of Dismissal (Dkt. 107) is amended to reflect that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement (Dkt. 114-1). Any disputes regarding the Settlement Agreement will be referred to the Chief Magistrate Judge or his designee for findings and recommendations.

IT IS SO ORDERED.

Dated: 2/11/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge