Gregory D. Brown, State Bar No. 065318
gbrown@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604-0119
---
1901 Harrison Street, 14th Floor
Oakland, California 94612-3501
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Plaintiff
ILLUMINATION DYNAMICS CO., LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ILLUMINATION DYNAMICS CO., LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LIGHTING SOLUTIONS, L.L.C., AND BILL ZHANG, an individual,<br><br>Defendants. | No. CV 14-00078 SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE**<br><br>Hon. Saundra Brown Armstrong |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Plaintiff ILLUMINATION DYNAMICS CO., LTD hereby voluntarily dismisses its action with prejudice against Defendant PACIFIC LIGHTING SOLUTIONS, L.L.C. The parties reached and have completed a court supervised settlement which resolved all claims arising out of the transactions at issue in this

///

///

///

///

1  action. Accordingly, Plaintiff voluntarily dismisses the entire action against the Defendants,
2  with prejudice, each party to bear their own costs, fees and expenses.
3
4  DATED: September 6, 2017                    BURNHAM BROWN
5
6                                              /s/ Gregory D. Brown
                                               GREGORY D. BROWN
7                                              Attorneys for Plaintiff
                                               ILLUMINATION DYNAMICS CO., LTD.

ILLUMINATION DYNAMICS CO., LTD. v. PACIFIC LIGHTING
SOLUTIONS, L.L.C., AND BILL ZHANG

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA
Action No.:  CV 14-00078 SBA

## CERTIFICATE OF SERVICE

I, Carolyn Romanolo, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is Burnham Brown, 1901 Harrison Street, Suite 1100, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On September 7, 2017, I served the following document(s), a copy of which is attached to this Certificate addressed as set forth in the following manner:

**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE**

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

I declare under penalty of perjury, under the laws of the United States of America and State of California, that the foregoing is true and correct.

Executed on September 7, 2017.         /s/ Carolyn Romanolo
                                       Carolyn Romanolo

4845-0213-4350, v. 1